## Commonwealth, Appellant, *v.* Wilson.

Argued September 20, 1972. *James D. Crawford,* Deputy District Attorney, with him *Michael R. Stiles* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Stanford Shmukler,* with him *Richard P. Abraham,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.